UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYSSA SMITH,<br><br>                     Plaintiff(s),<br><br>      v.<br><br>DOONEY & BOURKE, et al.,<br><br>                     Defendant(s). | 23-CV-1534 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Provided, the conference scheduled for January 5, 2024, is **ADJOURNED** to **January 10, 2024, at 2:30 P.M.** The conference will be held over Microsoft Teams. The parties shall join the conference by dialing (646) 453 – 4442, and entering the Conference ID: 925 761 581, followed by the pound sign (#).

    SO ORDERED.

Dated: October 23, 2023
       New York, New York

                                                            DALE E. HO
                                              United States District Judge